1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CINDY DIAZ,

11              Plaintiff,                      No. 2:12-cv-0328 JFM (PC)

12          vs.

13    SISKIYOU COUNTY JAIL,

14              Defendant.                      ORDER

15    _____/

16          Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action

17    pursuant to 42 U.S.C. § 1983 together with a partial request for leave to proceed in forma

18    pauperis pursuant to 28 U.S.C. § 1915.  The in forma pauperis application is incomplete, as it

19    consists only of one page and is not signed by plaintiff.  In addition, the certificate portion of the

20    request which must be completed by plaintiff's institution of incarceration has not been filled

21    out, and plaintiff has not filed a certified copy of her inmate trust account statement for the six

22    month period immediately preceding the filing of the complaint and has not signed the

23    application.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a

24    completed in forma pauperis application and a certified copy in support of her application.

25    /////

26    /////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Within thirty days from the date of this order, plaintiff shall complete the

3    attached Notice of Submission and submit the following documents to the court:

4    a. A complete Application to Proceed In Forma Pauperis By a Prisoner;

5    and

6    b. a certified copy of plaintiff's inmate trust account statement for the six

7    month period immediately preceding the filing of the complaint.

8    2. The Clerk of the Court is directed to send plaintiff a new Application to

9    Proceed In Forma Pauperis By a Prisoner; and

10    3. Plaintiff's failure to comply with this order may result in the dismissal of this

11    action without prejudice.

12    DATED: February 22, 2012.

13

14    _____
      UNITED STATES MAGISTRATE JUDGE

15

16    12/md
      diaz0328.3c+.new

17

18

19

20

21

22

23

24

25

26

1

2

3

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

5

CINDY DIAZ,

6                Plaintiff,                             No. 2:12-cv-0328 JFM (PC)
       vs.

7 SISKIYOU COUNTY JAIL,             NOTICE OF SUBMISSION
               Defendant.

8 _____/

            Plaintiff hereby submits the following document in compliance with the court's

9 order filed _____:

           _____            Complete Application to Proceed In Forma Pauperis

10                                     By a Prisoner/Certified Copy of Prison Trust Account
                                    Statement

11

DATED:

12

13

14                                           _____
                                          Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26