IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CINDY DIAZ,

      Plaintiff,                    No. 2:12-cv-0328 JFM (PC)

    vs.

SISKIYOU COUNTY JAIL,

      Defendant.                <u>ORDER</u>

_____/

        Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a partial request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The in forma pauperis application is incomplete, as it consists only of one page and is not signed by plaintiff. In addition, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out, and plaintiff has not filed a certified copy of her inmate trust account statement for the six month period immediately preceding the filing of the complaint and has not signed the application. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of her application.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following documents to the court:

 a. A complete Application to Proceed In Forma Pauperis By a Prisoner; and

 b. a certified copy of plaintiff's inmate trust account statement for the six month period immediately preceding the filing of the complaint.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: February 22, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
diaz0328.3c+.new

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CINDY DIAZ,
        Plaintiff,                             No. 2:12-cv-0328 JFM (PC)
    vs.
SISKIYOU COUNTY JAIL,              NOTICE OF SUBMISSION
        Defendant.
_____/

        Plaintiff hereby submits the following document in compliance with the court's order filed _____:

                                Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                                                                  Plaintiff