IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CINDY I. DIAZ,

    Plaintiff,               No. 2:12-cv-0328 JFM P

    vs.

SISKIYOU COUNTY JAIL,

    Defendant.        <u>ORDER TO SHOW CAUSE</u>

<u>RECOMMENDATIONS</u>

                            /

        Plaintiff is a county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C.§ 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). <u>See</u> Consent filed February 13, 2012. By order filed April 30, 2012, plaintiff's second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a third amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiff shall show cause in writing, if any she has, why this action

/////

1

should not be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b). Failure to respond to this order will result in the dismissal of this action without prejudice.

DATED: June 21, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
diaz0328.osc