IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CINDY I. DIAZ,

      Plaintiff,                     No. 2:12-cv-0328 JFM P

    vs.

SISKIYOU COUNTY JAIL,

      Defendant.               ORDER

_____/

        Plaintiff is a county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C.§ 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See Consent filed February 13, 2012. By order filed April 30, 2012, plaintiff's second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted. The thirty day period expired and plaintiff did not file a third amended complaint or otherwise respond to the court's order.

        For that reason, on June 22, 2012, plaintiff was ordered to show cause in writing within twenty days why this action should not be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b). Plaintiff was cautioned that failure to respond to the order to show cause would result in the dismissal of this action without prejudice. The twenty day period has

1

1 expired and plaintiff has not responded to the order to show cause, nor has plaintiff filed a third
2 amended complaint.
3           Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
4 prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
5 DATED: July 30, 2012.

UNITED STATES MAGISTRATE JUDGE

12
diaz0328.fsc